766 F.2d 1368
 LANDRETH TIMBER COMPANY, Plaintiff-Appellant,
v.
Ivan K. LANDRETH and Lucille Landreth, Husband and Wife;
Thomas E. Landreth, Ivan K. Landreth, Jr., and
Kathleen Landreth, Husband and Wife,
Defendants-Appellees.
 No. 81-3446.
 United States Court of Appeals,
Ninth Circuit.
 July 24, 1985.
 
 Malcolm L. Edwards, Edwards & Barbieri, Seattle, Wash., Jacob H. Stillman, Atty. S.E.C., Washington, D.C., for plaintiff-appellant.
 James A. Smith, Jr., Bogle & Gates, Seattle, Wash., for defendants-appellees.
 Before BROWNING, Chief Judge, TUTTLE* and FARRIS, Circuit Judges.
 
 ORDER
 
 1
 In accordance with the mandate of the Supreme Court in Landreth Timber Co. v. Landreth, et al., --- U.S. ----, 105 S.Ct. 2297, 85 L.Ed.2d 692 (1985), the judgment of the district court is REVERSED and the cause is remanded for further proceedings.
 
 
 2
 The mandate shall issue forthwith.
 
 
 
 *
 Honorable Elbert Parr Tuttle, Senior Judge, United States Court of Appeals for the Eleventh Circuit, sitting by designation